**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    **v.**                                          Case No. 04-cr-171-01-PB

<u>Christopher Brown</u>


**O R D E R**

    The defendant has moved to continue the July 6, 2005 trial in the above case. Defendant cites the need for additional time to engage in further plea negotiations. The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from July 6, 2005 to September 7, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 27, 2005 final pretrial conference is continued until August 25, 2005 at 3:30 p.m.

SO ORDERED.

```
                                    _____
                                    Paul Barbadoro
                                    United States District Judge
```

June 24, 2005

cc: Laurence Cote, Esq.
    Alfred Rubega, AUSA
    Lawrence F.P. Fallon, Esq.
    United States Probation
    United States Marshal